UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ERYN J. HERNANDEZ,

                        *Plaintiff*,

-against-

JOHN SPANO and JOHN DOES #1-5,

                        *Defendants*.

**STIPULATION OF VOLUNTARY DISIMSSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

22-CV-0022

DNH/ML

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the Plaintiff appearing pro se and the attorneys of record for Defendant John Spano, parties to the above entitled-action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, all claims in the above-captioned action are hereby dismissed, with prejudice and without damages, costs, interest or attorney's fees, pursuant to Federal Rules of Civil Procedure 41(a)(1)A)(ii).

Dated: New York, New York
       NOVEMBER 3, 2022

Eryn J. Hernandez
170 East 118 Street
Apt. 12A
New York, NY 10035

Dated: Albany, New York
       NOVEMBER 8, 2022

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendant John Spano
The Capitol
Albany, New York 12224

By: _____
Matthew J. Gallagher
Assistant Attorney General, of Counsel
Bar Roll No. 701111
Telephone: (518) 776-2284
Fax: (518) 915-7734 (Not for service of papers.)
Email: matthew.gallagher@ag.ny.gov

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 11-08-2022

2